IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-610 |
| | § | |
| HASSAN MAHMUD REZA, *et al.* | § | |

**O R D E R**

The court heard oral argument on February 3, 2016 regarding the outstanding motions to suppress and the motions to dismiss. For the reasons stated on the record, those motions were denied. (Docket Entry Nos. 35, 37 and 38). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 2, 2016 |
| Responses are to be filed by: | May 16, 2016 |
| Pretrial conference is reset to**:** | **May 20, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 31, 2016 at 9:00 a.m.** |

SIGNED on February 18, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge