United States District Court
Southern District of Texas
**ENTERED**

October 04, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-15-620 (1, 2 4) |
| | § | |
| HASSAN MAHMUD REZA, | § | |
| ASMAUL HUSNA REZA, | § | |
| TONYA MARIE ROMERO, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERRAL**

Having considered the defendants' consent, this cause is hereby referred to United States

Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty,  subject to the

final approval and imposition of sentence by this Court.

SIGNED on October 4, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge